# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:22–cv–02826–TLT

Donovan et al v. Coinbase Global, Inc. et al
Assigned to: Judge Trina L Thompson
Cause: 28:1331 Fed. Question

Date Filed: 05/12/2022
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Kenneth Donovan** represented by **Julie C. Erickson**
Erickson Kramer Osborne
44 Tehama Street
San Francisco, CA 94105
415–635–0631
Fax: 415–599–8088
Email: julie@eko.law
*ATTORNEY TO BE NOTICED*

**Kevin M. Osborne**
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415–635–0631
Fax: 415–599–8088
Email: kevin@eko.law
*ATTORNEY TO BE NOTICED*

**Elizabeth Antonia Kramer**
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
United Sta
(415)635–0631
Fax: (415)599–8088
Email: elizabeth@eko.law
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hussien Kassfy** represented by **Julie C. Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Osborne**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Antonia Kramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John Brambl** | represented by | **Julie C. Erickson** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Kevin M. Osborne** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Elizabeth Antonia Kramer** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Coinbase Global, Inc.** | represented by | **Meredith Richardson Dearborn** <br> Paul Weiss Rifkind Wharton & Garrison LLP <br> 535 Mission Street, 24th Floor <br> San Francisco, CA 94105 <br> (628) 432–5100 <br> Fax: (628) 232–3101 <br> Email: mdearborn@paulweiss.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Randall Scott Luskey** <br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 535 Mission Street <br> 24th Floor <br> San Francisco, CA 94105 <br> (628) 432–5100 <br> Email: rluskey@paulweiss.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Kristina Bunting** <br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> 212–373–3000 <br> Email: kbunting@paulweiss.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Coinbase, Inc.** | represented by | **Meredith Richardson Dearborn** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Randall Scott Luskey** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Kristina Bunting**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

GMO−Z.com Trust Company, Inc.            represented by   **Heather S. Nyong'o**
650 California Street
Suite 2000
San Francisco, CA 94108
650−815−4140
Email: hnyongo@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Tatz**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Ste 1000
Washington, DC 20037
202−974−1973

**Nowell Bamberger**
Cleary Gottlieb Steen and Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
202−974−1500
Email: nbamberger@cgsh.com
*ATTORNEY TO BE NOTICED*

**Samuel Levander**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212−225−2951
Email: slevander@cgsh.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2022 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 402, receipt number ACANDC−17171149.). Filed byKenneth Donovan, Hussien Kassfy. (Kramer, Elizabeth) (Filed on 5/12/2022) (Entered: 05/12/2022) |
| 05/13/2022 | Ï | Electronic filing error. **Civil Cover Sheet and Complaint missing.** No judge assignment will be made until the document is e−filed. Please re−file in its entirety. Re: 1 Co mplaint filed by Hussien Kassfy, Kenneth Donovan. (jlg, COURT STAFF) (Filed on 5/13/2022) (Entered: 05/13/2022) |
| 05/13/2022 | Ï 2 | COMPLAINT against Coinbase Global, Inc., Coinbase, Inc., GMO−Z.com Trust Company, Inc.. Filed byKenneth Donovan, Hussien Kassfy. (Attachments: # 1 Civil Cover Sheet)(Kramer, Elizabeth) (Filed on 5/13/2022) (Entered: 05/13/2022) |
| 05/13/2022 | Ï 3 | Case assigned to Judge Yvonne Gonzalez Rogers. |

| | | |
|---|---|---|
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (jlg, COURT STAFF) (Filed on 5/13/2022) (Entered: 05/13/2022) |
| 05/16/2022 | Ï 4 | **INITIAL CASE MANAGEMENT SCHEDULING ORDER SEC CLASS ACTION Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. SEC Class Action Notice due by 6/3/2022. Case Management Statement due by 8/15/2022. Initial Case Management Conference set for 8/22/2022 02:00 PM in Oakland, Courtroom 1, 4th Floor. (far, COURT STAFF) (Filed on 5/16/2022) (Entered: 05/16/2022)** |
| 05/18/2022 | Ï 5 | NOTICE of Appearance by Julie C. Erickson (Erickson, Julie) (Filed on 5/18/2022) (Entered: 05/18/2022) |
| 05/18/2022 | Ï 6 | NOTICE of Appearance by Kevin M. Osborne (Osborne, Kevin) (Filed on 5/18/2022) (Entered: 05/18/2022) |
| 05/18/2022 | Ï 7 | Certificate of Interested Entities by Kenneth Donovan, Hussien Kassfy (Kramer, Elizabeth) (Filed on 5/18/2022) (Entered: 05/18/2022) |
| 05/23/2022 | Ï 8 | Proposed Summons. (Erickson, Julie) (Filed on 5/23/2022) (Entered: 05/23/2022) |
| 05/23/2022 | Ï 9 | Summons Issued as to Coinbase Global, Inc., Coinbase, Inc., GMO−Z.com Trust Company, Inc.. (kmg, COURT STAFF) (Filed on 5/23/2022) (Entered: 05/24/2022) |
| 06/02/2022 | Ï 10 | NOTICE by Kenneth Donovan, Hussien Kassfy *re PSLRA Publication* (Kramer, Elizabeth) (Filed on 6/2/2022) (Entered: 06/02/2022) |
| 06/10/2022 | Ï 11 | CERTIFICATE OF SERVICE by Kenneth Donovan, Hussien Kassfy *re GMO−Z.com Trust Company, Inc.* (Kramer, Elizabeth) (Filed on 6/10/2022) (Entered: 06/10/2022) |
| 06/10/2022 | Ï 12 | CERTIFICATE OF SERVICE by Kenneth Donovan, Hussien Kassfy *re Coinbase Global, Inc.* (Kramer, Elizabeth) (Filed on 6/10/2022) (Entered: 06/10/2022) |
| 06/10/2022 | Ï 13 | CERTIFICATE OF SERVICE by Kenneth Donovan, Hussien Kassfy *re Coinbase Inc.* (Kramer, Elizabeth) (Filed on 6/10/2022) (Entered: 06/10/2022) |
| 06/16/2022 | Ï 14 | NOTICE of Appearance by Heather S. Nyong'o (Nyong'o, Heather) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | Ï 15 | Corporate Disclosure Statement by GMO−Z.com Trust Company, Inc. identifying Corporate Parent GMO−Z.com Delaware LLC, Other Affiliate GMO Internet Inc. for GMO−Z.com Trust Company, Inc.. (Nyong'o, Heather) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | Ï 16 | Certificate of Interested Entities by GMO−Z.com Trust Company, Inc. (Nyong'o, Heather) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | Ï 17 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17271607.) filed by GMO−Z.com Trust Company, Inc.. (Bamberger, Nowell) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | Ï 18 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Randall Scott Luskey *for Defendants Coinbase Global, Inc. and Coinbase, Inc.* (Luskey, Randall) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | 19 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17271731.) filed by GMO−Z.com Trust Company, Inc.. (Levander, Samuel) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | 20 | NOTICE of Appearance by Meredith Richardson Dearborn *for Defendants Coinbase Global, Inc. and Coinbase, Inc.* (Dearborn, Meredith) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | 21 | Certificate of Interested Entities by Coinbase Global, Inc. (Dearborn, Meredith) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | 22 | Certificate of Interested Entities by Coinbase, Inc. identifying Corporate Parent Coinbase Global, Inc. for Coinbase, Inc.. (Dearborn, Meredith) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | 23 | CERTIFICATE OF SERVICE by Coinbase Global, Inc., Coinbase, Inc. (Dearborn, Meredith) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/16/2022 | 24 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17271915.) filed by GMO−Z.com Trust Company, Inc.. (Tatz, Nicole) (Filed on 6/16/2022) (Entered: 06/16/2022) |
| 06/17/2022 | 25 | STIPULATION WITH PROPOSED ORDER *Continuing Date Upon Which Responsive Pleading is Due* filed by Coinbase Global, Inc., Coinbase, Inc.. (Dearborn, Meredith) (Filed on 6/17/2022) (Entered: 06/17/2022) |
| 06/17/2022 | 26 | Statement *re Plaintiffs' 15 U.S.C. § 78u−4(b)(1) and (2) Securities Chart* by Kenneth Donovan, Hussien Kassfy. (Kramer, Elizabeth) (Filed on 6/17/2022) (Entered: 06/17/2022) |
| 06/23/2022 | 27 | **ORDER by Judge Yvonne Gonzalez Rogers Granting 17 Motion for Pro Hac Vice. (amg, COURT STAFF) (Filed on 6/23/2022) (Entered: 06/23/2022)** |
| 06/23/2022 | 28 | **ORDER by Judge Yvonne Gonzalez Rogers Granting 19 Motion for Pro Hac Vice. (amg, COURT STAFF) (Filed on 6/23/2022) (Entered: 06/23/2022)** |
| 06/23/2022 | 29 | **ORDER by Judge Yvonne Gonzalez Rogers Granting 24 Motion for Pro Hac Vice. (amg, COURT STAFF) (Filed on 6/23/2022) (Entered: 06/23/2022)** |
| 06/23/2022 | 30 | **ORDER by Judge Yvonne Gonzalez Rogers Granting 25 STIPULATION CONTINUING DATE UPON WHICH RESPONSIVE PLEADING IS DUE. (amg, COURT STAFF) (Filed on 6/23/2022) (Entered: 06/23/2022)** |
| 06/27/2022 | 31 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17298761.) filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Certificate of Good Standing)(Bunting, Kristina) (Filed on 6/27/2022) (Entered: 06/27/2022) |
| 06/29/2022 | 32 | **ORDER by Judge Yvonne Gonzalez Rogers Granting 31 Motion for Pro Hac Vice. (amg, COURT STAFF) (Filed on 6/29/2022) (Entered: 06/29/2022)** |
| 07/15/2022 | 33 | MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Kenneth Donovan, Hussien Kassfy. Motion Hearing set for 8/23/2022 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 7/29/2022. Replies due by 8/5/2022. (Attachments: # 1 Donovan Certification, # 2 Kassfy Certification, # 3 Brambl Certification, # 4 Proposed Order)(Kramer, Elizabeth) (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 07/15/2022 | 34 | Declaration of Julie C. Erickson in Support of 33 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byKenneth Donovan, Hussien Kassfy. (Related document(s) 33 ) (Kramer, Elizabeth) |

| | | |
|---|---|---|
| | | (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 07/15/2022 | 35 | Declaration of Kenneth Donovan, Hussien Kassfy, and John Brambl in Support of 33 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byKenneth Donovan, Hussien Kassfy. (Related document(s) 33 ) (Kramer, Elizabeth) (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 07/15/2022 | 36 | CERTIFICATE of Counsel re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel *for Julie C. Erickson* by Elizabeth Antonia Kramer on behalf of Kenneth Donovan, Hussien Kassfy (Kramer, Elizabeth) (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 07/15/2022 | 37 | CERTIFICATE of Counsel re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel *for Elizabeth A. Kramer* by Elizabeth Antonia Kramer on behalf of Kenneth Donovan, Hussien Kassfy (Kramer, Elizabeth) (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 07/15/2022 | 38 | CERTIFICATE of Counsel re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel *for Kevin M. Osborne* by Elizabeth Antonia Kramer on behalf of Kenneth Donovan, Hussien Kassfy (Kramer, Elizabeth) (Filed on 7/15/2022) (Entered: 07/15/2022) |
| 07/22/2022 | 39 | CLERKS NOTICE SETTING ZOOM HEARING. Notice is hereby given that the Hearing currently set for 8/23/2022 at 2:00 p.m. will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that p hotographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amg, COURT STAFF) (Filed on 7/22/2022) (Entered: 07/22/2022) |
| 07/22/2022 | 40 | **ORDER OF RECUSAL. Signed by Judge Yvonne Gonzalez Rogers on 7/22/2022. (amg, COURT STAFF) (Filed on 7/22/2022) (Entered: 07/22/2022)** |
| 07/25/2022 | 41 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Haywood S Gilliam, Jr for all further proceedings. Judge Yvonne Gonzalez Rogers no longer assigned to case, Signed by The Clerk on 07/25/2022. (jrs, COURT STAFF) (Filed on 7/25/2022) (Entered: 07/25/2022)** |
| 07/25/2022 | 42 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE.Notice is hereby given that a Case Management Conference has been set for August 23, 2022, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m. Case Management Statement due by August 16, 2022. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. All future filings should reflect the case number as 4:22−cv−02826−HSG.<br><br>The August 23rd proceeding will be held by AT&T Conference Line. The parties are advised that in the event of an audio problem, counsel should be prepared to attend the hearing via Zoom conference at the Courts direction. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/ |

| | | |
|---|---|---|
| | | All counsel, members of the public and press please use the following dial−in information below to access the conference line:<br><br>Dial In: 888−808−6929<br><br>Access Code: 6064255<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(ndr, COURT STAFF) (Filed on 7/25/2022) (Entered: 07/25/2022) |
| 08/03/2022 | 43 | STIPULATION WITH PROPOSED ORDER *Continuing Date Upon Which Responsive Pleading is Due* filed by Coinbase Global, Inc., Coinbase, Inc.. (Luskey, Randall) (Filed on 8/3/2022) (Entered: 08/03/2022) |
| 08/04/2022 | 44 | Renotice motion hearing re 33 MOTION to Appoint Lead Plaintiff and Lead Counsel filed byKenneth Donovan, Hussien Kassfy. (Related document(s) 33 ) (Kramer, Elizabeth) (Filed on 8/4/2022) (Entered: 08/04/2022) |
| 08/04/2022 | | Reset Deadlines as to 33 MOTION to Appoint Lead Plaintiff and Lead Counsel, See Docket No. 44 : Motion Hearing set for 1/5/2023 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam Jr. (ndr, COURT STAFF) (Filed on 8/4/2022) (Entered: 08/04/2022) |
| 08/09/2022 | 45 | **ORDER by Judge Haywood S. Gilliam, Jr.AS MODIFIED 33 APPOINTING KENNETH DONOVAN, HUSSIEN KASSFY, AND JOHN BRAMBL AS LEAD PLAINTIFFS AND APPROVING ERICKSON KR. Motions due by 10/6/2022; Responses due by 11/17/2022; Replies due by 12/15/2022; and Motion Hearing set for 1/5/2023 02:00 PM in Oakland, Courtroom 2, 4th Floor before Judge Haywood S. Gilliam Jr. (ndr, COURT STAFF) (Filed on 8/9/2022) (Entered: 08/09/2022)** |
| 08/25/2022 | 46 | AMENDED COMPLAINT against All Defendants. Filed byKenneth Donovan, Hussien Kassfy, John Brambl. (Attachments: # 1 Donovan Certification, # 2 Kassfy Certification, # 3 Brambl Certification)(Kramer, Elizabeth) (Filed on 8/25/2022) (Entered: 08/25/2022) |
| 08/29/2022 | 47 | **ORDER REASSIGNING CASE.**<br><br>IT IS ORDERED that this case is reassigned to the Honorable Trina L. Thompson in the San Francisco division for all further proceedings.<br><br>1. All future filings shall bear the initials TLT immediately after the case number.<br>2. All case management conference dates are vacated and will be reset by the Court.<br>3. All hearing dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before Judge Thompson by the moving party for a date consistent with the Courts law and motion calendar, but the renoticing of the hearing does not affect the prior briefing schedule.<br>4. Deadlines for ADR compliance and discovery cutoff remain unchanged. |

| | | |
|---|---|---|
| | | 5. All pretrial conference and trial dates currently set for or after November 15, 2022, and all other deadlines associated with the case, will remain in place unless otherwise ordered.<br>6. All pretrial conference and trial dates scheduled on or before November 15, 2022, are vacated. Other pretrial deadlines (e.g., motions in limine, pretrial statements, proposed joint trial exhibits, etc.) will remain in place. The Court will notify the parties when a status conference will be held to schedule a new pretrial conference and trial dates for affected cases.<br>7. Matters currently referred to a Magistrate Judge will remain before that Magistrate Judge absent further notice.<br>8. On or before October 14, 2022, the parties shall file a Joint Case Management Conference Statement (separate statements are appropriate if either party is proceeding without counsel). The statement should not exceed ten pages in length and should address all issues outlined in the <u>Standing Order for All Judges of the Northern District</u>. The approved form for such statements can be accessed  here.<br><br>IT IS SO ORDERED.<br><br>Dated: 8/29/2022<br>FOR THE EXECUTIVE COMMITTEE<br>Mark B. Busby, Clerk of Court<br><br>(ecg−adi, COURT STAFF) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 08/29/2022 | Ï | Case Reassigned to Judge Trina L Thompson. Judge Haywood S Gilliam, Jr no longer assigned to the case. (jml, COURT STAFF) (Filed on 8/29/2022) (Entered: 09/02/2022) |
| 09/08/2022 | Ï 48 | NOTICE by John Brambl, Kenneth Donovan, Hussien Kassfy *Notice of Pendency of Other Action Pursuant to LR 3−13* (Kramer, Elizabeth) (Filed on 9/8/2022) (Entered: 09/08/2022) |
| 09/30/2022 | Ï 49 | CLERKS NOTICE SPECIALLY SETTING INITIAL CASE MANAGEMENTCONFERENCE AND REQUIRING ADVANCE REGISTRATION OF COUNSEL: Joint Case Management Statement due by 10/14/2022. Specially set Initial Case Management Conference set for 10/25/2022 at 09:00 AM − Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at tltcrd@cand.uscourts.gov no later than 10/19/2022 at 10 a.m..<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/trina−l−thompson/<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Case Management Statement due by 10/14/2022. Initial Case Management Conference set for 10/25/2022 09:00 AM in San Francisco, − Videoconference Only. {ec, COURT STAFF} {Filed on 9/30/2022}. *{This is a text−only entry generated by the court. There is no document associated with this entry.}* (Entered: 09/30/2022) |
| 10/05/2022 | Ï 50 | ERRATA *re Plaintiff Certification (Dkt. 33−2)* by Hussien Kassfy. (Kramer, Elizabeth) (Filed on 10/5/2022) (Entered: 10/05/2022) |

| | | |
|---|---|---|
| 10/06/2022 | 51 | MOTION to Compel *Individual Arbitration and Stay Proceedings* filed by Coinbase Global, Inc., Coinbase, Inc.. Motion Hearing set for 1/10/2023 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L. Thompson. Responses due by 11/17/2022. Replies due by 12/15/2022. (Attachments: # 1 Proposed Order)(Luskey, Randall) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 | 52 | MOTION to Dismiss *the Class Action Complaint for Damages and Demand for Jury Trial* filed by Coinbase Global, Inc., Coinbase, Inc.. Motion Hearing set for 1/10/2023 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L. Thompson. Responses due by 11/17/2022. Replies due by 12/15/2022. (Attachments: # 1 Proposed Order)(Dearborn, Meredith) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 | 53 | Request for Judicial Notice filed byCoinbase Global, Inc., Coinbase, Inc.. (Dearborn, Meredith) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 | 54 | Declaration of Suellen Black in Support of 53 Request for Judicial Notice, 52 MOTION to Dismiss *the Class Action Complaint for Damages and Demand for Jury Trial*, 51 MOTION to Compel *Individual Arbitration and Stay Proceedings* filed byCoinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 53 , 52 , 51 ) (Dearborn, Meredith) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 | 55 | Declaration of Hamzah Zia in Support of 51 MOTION to Compel *Individual Arbitration and Stay Proceedings* filed byCoinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit G, # 2 Exhibit H, # 3 Exhibit I, # 4 Exhibit J)(Related document(s) 51 ) (Dearborn, Meredith) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 | 56 | Declaration of Meredith R. Dearborn in Support of 53 Request for Judicial Notice, 52 MOTION to Dismiss *the Class Action Complaint for Damages and Demand for Jury Trial* filed byCoinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 53 , 52 ) (Dearborn, Meredith) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 | 57 | MOTION to Dismiss filed by GMO–Z.com Trust Company, Inc.. Motion Hearing set for 1/10/2023 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L. Thompson. Responses due by 11/172022. Replies due by 12/15/22. (Attachments: # 1 Proposed Order)(Nyong'o, Heather) (Filed on 10/6/2022) Modified on 10/7/2022 (far, COURT STAFF). (Entered: 10/06/2022) |
| 10/06/2022 | 58 | Request for Judicial Notice re 57 MOTION to Dismiss filed byGMO–Z.com Trust Company, Inc.. (Related document(s) 57 ) (Nyong'o, Heather) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 | 59 | MOTION to Compel *Arbitration and Stay Proceedings* filed by GMO–Z.com Trust Company, Inc.. Motion Hearing set for 1/10/2023 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L. Thompson. Responses due by 11/17/2022. Replies due by 12/15/2022. (Attachments: # 1 Proposed Order)(Nyong'o, Heather) (Filed on 10/6/2022) (Entered: 10/06/2022) |
| 10/06/2022 |  | Set/Reset Deadlines as to 57 MOTION to Dismiss . Responses due by 11/17/2022. Replies due by 12/15/2022. Motion Hearing set for 1/10/2023 02:00 PM in San Francisco, Courtroom 09, 19th Floor before Judge Trina L. Thompson. (far, COURT STAFF) (Filed on 10/6/2022) (Entered: 10/07/2022) |
| 10/14/2022 | 60 | CASE MANAGEMENT STATEMENT */Joint Case Management Statement* filed by Coinbase Global, Inc., Coinbase, Inc.. (Dearborn, Meredith) (Filed on 10/14/2022) (Entered: 10/14/2022) |
| 10/25/2022 | 61 | **Minute Entry for proceedings held before Judge Trina L. Thompson: Initial Case Management Conference held by Zoom on 10/25/2022. Motion to Compel Arbitration and Stay Proceedings hearing previously set for January 10, 2023 at 2:00 p.m. Counsel shall meet/confer and submit a Joint Case Management Statement due by 1/6/2023. The statement** |

| | | |
|---|---|---|
| | | should include a proposed Class Certification schedule and a proposed Scheduling Order. (Digital Recording Time: Zoom Recording: 9:52−9:59) **Plaintiff Attorney:** Julie C. Erickson and Elizabeth A. Kramer. **Defendant Attorney:** Heather Nyong'o and Nowell Bamberger. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ls, COURT STAFF) (Date Filed: 10/25/2022) Modified on 10/27/2022: Matter transcribed by Dipti Patel (Liberty Transcripts). (rjd, COURT STAFF). (Entered: 10/25/2022) |
| 10/27/2022 | 62 | TRANSCRIPT ORDER for proceedings held on 10/25/2022 before Judge Trina L. Thompson by Coinbase Global, Inc., Coinbase, Inc., for Court Reporter not listed − San Francisco. (Dearborn, Meredith) (Filed on 10/27/2022) (Entered: 10/27/2022) |
| 11/08/2022 | 63 | NOTICE by Coinbase Global, Inc., Coinbase, Inc. re 59 MOTION to Compel *Arbitration and Stay Proceedings / Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Dearborn, Meredith) (Filed on 11/8/2022) (Entered: 11/08/2022) |
| 11/13/2022 | 79 | Transcript of Proceedings held on 10/25/2022, before Judge Trina L. Thompson. Transcriber DIPTI PATEL, CET−997, telephone number (847) 848−4907; Email: dbpatel1180@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 62 Transcript Order ). Release of Transcript Restriction set for 2/13/2023. (rjd, COURT STAFF) (Filed on 11/13/2022) (Entered: 01/07/2023) |
| 11/15/2022 | 64 | MOTION for Leave to File *Amended Complaint* filed by John Brambl, Kenneth Donovan, Hussien Kassfy. (Attachments: # 1 Declaration Erickson Declaration ISO Motion for Leave to Amend, # 2 Exhibit Ex 1 to Erickson Declaration − SAC Redline, # 3 Exhibit Ex 2 to Erickson Declaration − Email Correspondence, # 4 Proposed Order Proposed Order)(Osborne, Kevin) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/15/2022 | 65 | STIPULATION WITH PROPOSED ORDER *RE: MOTION TO DISMISS BRIEFING SCHEDULE* filed by John Brambl, Kenneth Donovan, Hussien Kassfy. (Erickson, Julie) (Filed on 11/15/2022) (Entered: 11/15/2022) |
| 11/16/2022 | 66 | **Order by District Judge Trina L Thompson GRANTING 65 STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE.(vla, COURT STAFF) (Filed on 11/16/2022) (Entered: 11/16/2022)** |
| 11/17/2022 | 67 | OPPOSITION/RESPONSE (re 59 MOTION to Compel *Arbitration and Stay Proceedings* ) filed byJohn Brambl, Kenneth Donovan, Hussien Kassfy. (Attachments: # 1 Proposed Order)(Erickson, Julie) (Filed on 11/17/2022) (Entered: 11/17/2022) |
| 11/17/2022 | 68 | OPPOSITION/RESPONSE (re 51 MOTION to Compel *Individual Arbitration and Stay Proceedings* ) *Memorandum* filed byJohn Brambl, Kenneth Donovan, Hussien Kassfy. (Attachments: # 1 Declaration Erickson Declaration, # 2 Exhibit Ex 1 to Erickson Dec, # 3 Exhibit Ex 2 to Erickson Dec, # 4 Declaration Kassfy Declaration, # 5 Declaration Brambl Declaration, # 6 Proposed Order Proposed Order)(Osborne, Kevin) (Filed on 11/17/2022) (Entered: 11/17/2022) |
| 11/29/2022 | 69 | OPPOSITION/RESPONSE (re 64 MOTION for Leave to File *Amended Complaint* ) filed byCoinbase Global, Inc., Coinbase, Inc.. (Dearborn, Meredith) (Filed on 11/29/2022) (Entered: 11/29/2022) |
| 11/29/2022 | 70 | OPPOSITION/RESPONSE (re 64 MOTION for Leave to File *Amended Complaint* ) filed byGMO−Z.com Trust Company, Inc.. (Nyong'o, Heather) (Filed on 11/29/2022) (Entered: 11/29/2022) |

| | | |
|---|---|---|
| 12/06/2022 | 71 | REPLY (re 64 MOTION for Leave to File *Amended Complaint* ) filed byJohn Brambl, Kenneth Donovan, Hussien Kassfy. (Kramer, Elizabeth) (Filed on 12/6/2022) (Entered: 12/06/2022) |
| 12/15/2022 | 72 | REPLY (re 51 MOTION to Compel *Individual Arbitration and Stay Proceedings* ) filed byCoinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Declaration of Hamzah Zia, # 2 Exhibit G [Corrected] to Zia Declaration, # 3 Exhibit K to Zia Declaration, # 4 Declaration of Suellen Black)(Luskey, Randall) (Filed on 12/15/2022) (Entered: 12/15/2022) |
| 12/15/2022 | 73 | REPLY (re 59 MOTION to Compel *Arbitration and Stay Proceedings* ) filed byGMO−Z.com Trust Company, Inc.. (Nyong'o, Heather) (Filed on 12/15/2022) (Entered: 12/15/2022) |
| 12/16/2022 | 74 | NOTICE of Change In Counsel by Nicole Tatz (Tatz, Nicole) (Filed on 12/16/2022) (Entered: 12/16/2022) |
| 12/22/2022 | 75 | CLERK'S NOTICE RESCHEDULING MOTION HEARING.<br><br>Motion Hearing as to 64 MOTION for Leave to File *Amended Complaint*. Motion Hearing reset for 3/7/2023 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before District Judge Trina L Thompson.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(vla, COURT STAFF) (Filed on 12/22/2022) (Entered: 12/22/2022) |
| 12/22/2022 | 76 | CLERK'S NOTICE RESCHEDULING MOTIONS HEARING.<br><br>Motions Hearing as to 57 MOTION to Dismiss and 52 MOTION to Dismiss *the Class Action Complaint for Damages and Demand for Jury Trial* reset from 1/10/2023 to 4/25/2023 at 2:00 PM in San Francisco, Courtroom 09, 19th Floor before District Judge Trina L Thompson.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(vla, COURT STAFF) (Filed on 12/22/2022) (Entered: 12/22/2022) |
| 01/06/2023 | 77 | JOINT CASE MANAGEMENT STATEMENT filed by Coinbase Global, Inc., Coinbase, Inc.. (Dearborn, Meredith) (Filed on 1/6/2023) (Entered: 01/06/2023) |
| 01/06/2023 | 78 | **ORDER REGARDING MOTIONS TO COMPEL ARBITRATION. Signed by Judge Trina L. Thompson on 01/06/2023.**<br>**51 MOTION to Compel *Individual Arbitration and Stay Proceedings* filed by Coinbase, Inc., Coinbase Global, Inc. is GRANTED**<br>**59 MOTION to Compel *Arbitration and Stay Proceedings* filed by GMO−Z.com Trust Company, Inc. is DENIED.**<br>**Motion hearings scheduled for 1/10/2023 is vacated. (rfm, COURT USER) (Filed on 1/6/2023) (Entered: 01/06/2023)** |
| 02/24/2023 | 80 | **ORDER VACATING MARCH 7, 2023, AND APRIL 25, 2023, MOTION HEARINGS. Signed by Judge Trina L. Thompson on 2/24/2023. (rfm, COURT USER) (Filed on 2/24/2023) (Entered: 02/24/2023)** |
| 05/12/2023 | 81 | STATUS REPORT *Joint Status Report* by John Brambl, Kenneth Donovan, Hussien Kassfy. (Erickson, Julie) (Filed on 5/12/2023) (Entered: 05/12/2023) |
| 07/10/2023 | 82 | STIPULATION WITH PROPOSED ORDER *STIPULATION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(a) & [PROPOSED] ORDER* filed by John Brambl, Kenneth Donovan, Hussien Kassfy. (Kramer, Elizabeth) (Filed on 7/10/2023) (Entered: 07/10/2023) |
| 07/11/2023 | 83 | |

| | | |
|---|---|---|
| | | STIPULATION *CORRECTED STIPULATION TO TRANSFER PLAINTIFFS CLAIMS AGAINST GMO TRUST TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(a) & [PROPOSED] ORDER* filed by John Brambl, Kenneth Donovan, Hussien Kassfy. (Kramer, Elizabeth) (Filed on 7/11/2023) (Entered: 07/11/2023) |
| 07/13/2023 | Ï 84 | **STIPULATION AND ORDER (AS MODIFIED) TO TRANSFER PLAINTIFFS' CLAIMS AGAINST GMO TRUST TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK by Judge Trina L Thompson granting 82 Stipulation.**(tl, COURT STAFF) (Filed on 7/13/2023) (Entered: 07/13/2023) |
| 08/02/2023 | Ï 85 | **ORDER GRANTING PLAINTIFFS' 64 MOTION FOR LEAVE TO AMEND THE COMPLAINT. 52 MOTION to Dismiss** *the Class Action Complaint for Damages and Demand for Jury Trial* **DENIED as moot. Signed by Judge Trina L. Thompson on 8/1/2023.** (rfm, COURT USER) (Filed on 8/2/2023) (Entered: 08/02/2023) |
| 08/30/2023 | Ï 86 | **ORDER RE 78 ; On January 6, 2023, the Court granted Defendants motion to compel arbitration and stayed this entire action pending arbitration proceedings. ECF No. 78. The parties are hereby ORDERED to provide a Joint Status Statement regarding arbitration no later than October 5, 2023. Signed by Judge Trina L. Thompson on 8/30/2023.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(tltlc3, COURT STAFF)** (Filed on 8/30/2023) (Entered: 08/30/2023) |
| 08/31/2023 | Ï | Set Deadlines/Hearings: see ECF No. 86 Joint Status Report due by 10/5/2023. (rfm, COURT USER) (Filed on 8/31/2023) (Entered: 08/31/2023) |