```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/28/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL individually and on behalf of others similarly situated,

                        Plaintiffs,

    -against-

GMO-Z.COM TRUST COMPANY, INC.; COINBASE GLOBAL, INC.; and COINBASE, INC.,

                        Defendants.

23 Civ. 8431 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 6, 2023, the Honorable Trina S. Thompson of the Northern District of California stayed all proceedings in this case pending resolution of the arbitration between Plaintiffs Hussein Kassfy and John Brambl and Defendants Coinbase Global, Inc. and Coinbase, Inc. ("Coinbase"). *See* ECF No. 78. On July 11, 2023, Judge Thompson severed Plaintiffs' claims against Coinbase from Plaintiffs' claims against GMO-Z.com Trust Company, Inc. ("GMO Trust") and transferred Plaintiffs' claims against GMO Trust to this District. ECF No. 84 at 3.

    Accordingly, the parties are directed to submit a joint status letter to the Court by **October 5, 2023**, and **every thirty days thereafter**, as to the status of the arbitration proceeding.

    SO ORDERED.

Dated: September 28, 2023
       New York, New York

                                                  ANALISA TORRES
                                              United States District Judge