```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/26/2024
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Kenneth Donovan, Hussien Kassfy, and John Brambl individually and on behalf of others similarly situated,

                Plaintiffs,

- against -

GMO-Z.COM Trust Company, Inc.; Coinbase Global, Inc., and Coinbase, Inc.,

                Defendants.

23 Civ. 8431 (AT)

**ORDER**

Pursuant to the Stipulation of the Parties, the Court hereby Orders:

1. The stay of this case previously ordered by the United States District Court for the Northern District of California is hereby lifted;

2. Plaintiffs shall provide GMO Trust (but not file with the Court) a copy of their proposed Second Amended Complaint on or before March 15, 2024;

3. GMO Trust shall inform Plaintiffs whether it will oppose the filing of the Second Amended Complaint, and the basis for any such opposition (if any), on or before March 29, 2024;

4. If GMO Trust opposes filing of the proposed Second Amended Complaint, then:

    a. Plaintiffs shall file any motion to amend their complaint on or before April 5, 2024;

    b. GMO Trust shall file any opposition thereto on or before April 26, 2024;

    c. Plaintiffs shall file any reply on or before May 10, 2024; and

    d. GMO Trust's time to answer or move with respect to the operative complaint in this case is extended to sixty (60) days following the Court's ruling on Plaintiffs' motion to amend.

5. If GMO Trust does not oppose filing of the proposed Second Amended Complaint, then:

      a.      Plaintiffs shall file the Second Amended Complaint on or before March 29, 2024;

      b.      GMO Trust may file an answer or motion to dismiss the Second Amended Complaint on or before May 23, 2024;

      c.      Plaintiffs may file an Opposition with respect to any motion to dismiss on or before July 22, 2024;

      d.      GMO Trust may file a reply on or before August 21, 2024.

7.      This Stipulation is without prejudice to any claims or defenses by any party.

SO ORDERED.

Dated: January 26, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge