USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GMO-Z.COM TRUST COMPANY, INC.,<br><br>Defendants. | 23 Civ. 8431 (AT)<br><br>**ORDER REGARDING PROPOSED SECOND AMENDED COMPLAINT**<br><br>JURY TRIAL DEMANDED |

1. Pursuant to Stipulation by the Parties, Plaintiffs are permitted to file their proposed Second Amended Complaint;

2. The Stipulation is without prejudice to any claims or defenses by any party.

SO ORDERED.

Dated: April 8, 2024
　　　　New York, New York

_____
Hon. Analisa Torres
United States District Judge