UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

GMO-Z.COM TRUST COMPANY, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/08/2024__

23 Civ. 8431 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 26, 2024, the Court lifted the stay in this matter. ECF No. 103. The parties subsequently agreed on a timeline for Plaintiffs to file their second amended complaint and for Defendants to respond. *Id.* In accordance with its Individual Rules, the Court will not stay discovery pending its decision on any motion.

      Accordingly, by **April 15, 2024**, the parties shall file a joint letter informing the Court of the status of discovery and whether they are following an existing case management plan.

      SO ORDERED.

Dated: April 8, 2024
       New York, New York

                                   ANALISA TORRES
                                United States District Judge