UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

GMO-Z.COM TRUST COMPANY, INC,

Defendant.

No. 1:23-cv-08431-AT
Hon. Analisa Torres

**ORAL ARGUMENT REQUESTED**

**NOTICE OF GMO-Z.COM TRUST COMPANY, INC.'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant GMO-Z.com Trust Company, Inc.'s ("GMO Trust") Motion to Dismiss the Second Amended Class Action Complaint, the Declaration of Nowell D. Bamberger, dated May 23, 2024, and its exhibits, the Notice of Motion, and such other and further papers and proceedings as may be filed or had, Defendant GMO Trust, by its counsel, will move this Court before the Honorable Analisa Torres, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, at a time and date to be determined by this Court, for an Order dismissing Lead Plaintiffs Kenneth Donovan, Hussein Kassfy, and John Brambl's Second Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order signed and dated on January 26, 2024 (ECF No. 103), opposition papers, if any, are to be filed by July 22, 2024, and reply papers, if any, are to be filed by August 21, 2024.

Dated: May 23, 2024

Respectfully submitted,

*/s/ Nowell D. Bamberger*

Heather S. Nyong'o (admitted *pro hac vice*)
(hnyongo@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street Suite 2000
San Francisco, CA 94108
T: 415-796-4480

Nowell D. Bamberger (admitted *pro hac vice*)
(nbamberger@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
T: 202-974-1752

Samuel Levander
(slevander@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2951

*Attorneys for Defendant GMO-Z.com Trust Company, Inc.*