UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

GMO-Z.COM TRUST COMPANY, INC,

Defendant.

No. 1:23-cv-08431-AT
Hon. Analisa Torres

**DECLARATION OF NOWELL D. BAMBERGER IN SUPPORT OF GMO-Z.COM TRUST COMPANY, INC.'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

I, Nowell D. Bamberger, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at law, duly licensed and authorized to practice law in the District of Columbia (since August 10, 2009) and Maryland (since December 16, 2008). On October 2, 2023, this Court approved my application to appear before this Court *pro hac vice*.

2. I am a partner at Cleary Gottlieb Steen & Hamilton LLP, counsel to GMO-Z.com Trust Company ("GMO Trust") in this action. I respectfully submit this Declaration in support of GMO Trust's Motion to Dismiss the Second Amended Class Action Complaint.

3. The information set forth below is based on personal knowledge, and if called to testify as a witness to its contents, I could and would competently testify to the following facts:

4. Attached hereto as **Exhibit 1** is a true and correct copy of version 1.1 of the GYEN White Paper, dated January 14, 2021.

5. Attached hereto as **Exhibit 2** is a true and correct copy of version 1.3 of the GYEN White Paper, dated September 9, 2021.

6. Attached hereto as **Exhibit 3** is a true and correct copy of version 2 of the GYEN White Paper, dated August 3, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C. on May 23, 2024.

*/s/ Nowell D. Bamberger*
Nowell D. Bamberger