UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH DONOVAN, HUSSIEN KASSFY,
and JOHN BRAMBL, individually and on behalf
of all others similarly situated,

Plaintiffs,

-against-

GMO-Z.COM TRUST COMPANY, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/12/2025__

23 Civ. 8431 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 17, 2025, the Court dismissed Plaintiffs' claim brought under Section 12(a)(1) of the Securities Act of 1933, 15 U.S.C. 77l(a)(1), for alleged violations of Sections 5(a) and 5(c) of the Act, *id.* §§ 77e(a), (c). ECF No. 121 at 33. The Court granted Plaintiffs until March 10, 2025, to request leave to file a third amended complaint. *Id.* at 25 n.7, 33. Plaintiffs have not done so, and that deadline has now passed. Accordingly, the Court's dismissal of Plaintiffs' Securities Act claim is with prejudice. *See id.* at 25 n.7.

By **March 19, 2025**, the parties shall meet and confer and file a joint status update and jointly proposed case management plan. The parties are directed to consult the Court's Individual Practices in Civil Cases and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres. Both the joint letter and the proposed case management plan and scheduling order shall be filed electronically on CM/ECF.

SO ORDERED.

Dated: March 12, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge