UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenneth Donovan,<br><br>                              Plaintiff,<br><br>    -against-<br><br>GMO-Z.com Trust Company, Inc.,<br><br>                              Defendant. | 1:23-cv-08431 (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than October 10, 2025, the parties shall file a joint letter setting forth a proposed schedule for Rule 23 settlement approval.

**SO ORDERED.**

Dated:    New York, New York
            October 3, 2025

                                                        _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge