November 25, 2025

<u>VIA ECF</u>

Application GRANTED. SO ORDERED.
Dated: November 26, 2025

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Donovan v. GMO-Z.com Trust Company, Inc.*, No. 23-cv-08431-SDA (S.D.N.Y.)

Dear Judge Aaron:

Plaintiffs Kenneth Donovan, Hussien Kassfy, and John Brambl (collectively, "Plaintiffs") and Defendant GMO-Z.com Trust Company, Inc. ("GMO Trust," and together with Plaintiffs, the "Parties") write jointly to request an extension of the Parties' schedule for Rule 23 settlement approval endorsed by the Court on October 10, 2025 (the "Rule 23 Scheduling Order," ECF No. 153).

Pursuant to the terms of the Rule 23 Scheduling Order, the Parties executed a Term Sheet on October 10, 2025. Since that time, the Parties have been working to complete a Stipulation and Agreement of Settlement ("Settlement Agreement") and supporting documentation to submit to the Court for preliminary approval by the December 5, 2025 deadline set forth in the Rule 23 Scheduling Order. As the Parties have not yet finalized all terms of the Settlement Agreement and exhibits thereto, Plaintiffs continue to work on issues attendant to preliminary approval and the notice plan, and given counsel's schedules around the upcoming holidays, the Parties request modification of the deadlines set forth in the Rule 23 Scheduling Order as follows:

- The Settlement Agreement and a preliminary approval opening brief will be filed by December 30, 2025.
- The CAFA notice will be provided 10 days after the order on preliminary approval.
- The class notice will be distributed 10 days after the order on preliminary approval.
- The opening final approval and fee briefs will be filed 80 days after the order on preliminary approval.
- Any exclusions and objections will be due by 14 days after the filing of the opening final approval and fee briefs.

- The hearing on final approval and fees will occur not earlier than 100 days following the preliminary approval and notice order.

Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth A. Kramer* | */s/ Nowell D. Bamberger* |
| Elizabeth A. Kramer (*pro hac vice*) | Nowell D. Bamberger |
| ERICKSON KRAMER OSBORNE LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 959 Natoma Street | 2112 Pennsylvania Avenue, NW |
| San Francisco, CA 94103 | Washington, DC 20037 |
| (415) 635-0631 | (202) 974-1752 |
| | |
| *Counsel to Plaintiffs* | *Counsel to GMO-Z.com Trust Company, Inc.* |

cc:  All counsel (via ECF)