**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GMO-Z.COM TRUST COMPANY, INC.,<br><br>Defendant. | Case No. 1:23-cv-08431-SDA<br><br>Honorable Stewart D. Aaron |

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and the accompanying declarations of Elizabeth A. Kramer and Simpluris, Inc. and exhibits thereto (including the Stipulation and Agreement of Settlement), Plaintiffs Kenneth Donovan and Hussien Kassfy ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their counsel, shall and hereby do move this Court, before the Honorable Stewart D. Aaron, United States Magistrate Judge of the Southern District of New York, located at Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 11C, New York, NY 10007, pursuant to Federal Rule of Civil Procedure 23(e) for an order as follows:

1. Preliminarily approving a proposed settlement of this action (the "Settlement"), including the claim form to be disseminated to the Settlement Class and the proposed Plan of Allocation;

2. Preliminarily certifying, for settlement purposes only, the Settlement Class;

3. Appointing Plaintiffs Kenneth Donovan and Hussien Kassfy as Class representatives for the Settlement Class;

4. Appointing Erickson Kramer Osborne LLP and Berman Tabacco as Class Counsel;

5. Approving the form and manner of the Notice, and directing that the Notice be issued to the Settlement Class;

6. Appointing Simpluris, Inc. as the Claims Administrator to administer the Notice and claims process; and

7. Scheduling a hearing before the Court to determine whether the proposed Settlement, Plan of Allocation, and fee and expense requests should be granted final approval.

A Proposed Preliminary Approval Order is submitted herewith and as Exhibit C to the Stipulation and Agreement of Settlement.

Dated: December 30, 2025

Respectfully Submitted,

**ERICKSON KRAMER OSBORNE LLP**

By: *\/s/ Elizabeth A. Kramer*
Elizabeth A. Kramer

Julie C. Erickson (*pro hac vice*)
Elizabeth A. Kramer (*pro hac vice*)
Kevin M. Osborne (*pro hac vice*)
959 Natoma St.
San Francisco, CA 94103
Telephone: (415) 635-0631
Facsimile: (415) 599-8088
Email: julie@eko.law, elizabeth@eko.law, kevin@eko.law

and

**BERMAN TABACCO**

Daniel E. Barenbaum (*pro hac vice*)
425 California Street, 23rd Floor
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: dbarenbaum@bermantabacco.com

Steven J. Buttacavoli (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: sbuttacavoli@bermantabacco.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2025, the foregoing **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** as filed and served using the CM/ECF system, which will serve as notification of such filings on all counsel of record.

*/s/ Elizabeth A. Kramer*

Elizabeth A. Kramer
ERICKSON KRAMER OSBORNE LLP
959 Natoma St.
San Francisco, CA 94103
Phone: 415-635-0631
Fax: 415-599-8088
elizabeth@eko.law