**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GMO-Z.COM TRUST COMPANY, INC.

Defendant.

Case No. 1:23-cv-08431-SDA

Hon. Stewart D. Aaron

**DECLARATION OF JULIE MEICHSNER OF SIMPLURIS, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Julie Meichsner, hereby declare:

1. I am Vice President for Legal Notice at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I certify that the statements set forth in this declaration are true and correct. The information stated herein is either known to me personally or has been provided to me by Simpluris staff, and I believe such information to be accurate and true.

2. I have an extensive background in legal marketing, and co-lead Simpluris' legal noticing team. I have developed and overseen, in whole or in part, hundreds of notice programs and administrations for federal and state courts. I have significant experience planning and implementing complex Court-approved notice programs including:

a. *Ramos, et al. v. ZoomInfo Technologies Inc.,* Case No. 1:21-cv-02032 (N.D. Ill.)

b. *Golloher v Todd Christopher International, Inc. d/b/a Vogue International (Organix),* Case No. 3:12-cv-06002 (N.D. Cal.)

c. *Carter v Forjas Taurus S.S., Taurus International Manufacturing, Inc.,* Case No. 1:13-cv-24583 (S.D. Fla.)

d. *George v. Keurig Dr Pepper Inc.,* Case No. 1822-CC11811, St. Louis City Cir. Ct.

e. *In Re: PG&E Corporation, et al*. Case No. 4:22-cv-02833 (N.D. Cal.)

f. *In Re: Purdue Pharma,* Case No. 7:21-cv-07966 (S.D. N.Y.)

3. Simpluris has been engaged by Plaintiffs' Counsel, subject to Court approval, to serve as claims administrator and notice provider for the proposed class action settlement in this case.

**SIMPLURIS EXPERIENCE**

4. Simpluris has been executing notice plans and administering class action settlements since 2007. In that time, we have been appointed as claims administrator in over 10,000 cases and distributed over $10 billion in funds. Our leadership team has over 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Additional representative cases include *Gregory v. Tubi*, Case No. 2024-LA-0000209, Ill. Cir. Ct. (Winnebago); *Solis v. Hilco Redevelopment*, Case No. 20-cv-02348 (N.D. Ill.); *Rimler v. Postmates, Inc*., Case No. CGC-18-567868, Cal. Sup. Ct. (San Francisco); *Shomroni v. FEI Labs Inc*., Cal. Sup. Ct. (San Francisco); *Doe v. Roblox Corp*., Case No. 3:21-cv-03943 (N.D. Cal.); *In re: Ambry Genetics Data Breach Litigation*, Case No. 8:20-cv-00791 (C.D. Cal.); *Orellana v. Planned Parenthood of Los Angeles*, Case No. 21STCV44106, Cal. Sup. Ct. (Los Angeles); *Cordova et al v. United Education Institute et al.*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp*., Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc*., Case No. C-03-

CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

## NOTICE PLAN OVERVIEW

5. I have been asked by the parties to assist in preparing a Notice Plan ("Notice Plan") to reach class members, to inform them about the Settlement, and their rights and options. The proposed Settlement Class is defined as:

> All persons who purchased or acquired GYEN in New York or California at a time when the GYEN was unpegged from the Japanese yen between December 29, 2020 and October 10, 2025, inclusive, and lost money thereby.

6. The Notice Plan in this Action relies primarily on direct email notice to Settlement Class Members for whom Defendant or a third-party crypto currency exchange have a valid email address. To supplement direct notice and reinforce awareness of the Settlement, the Notice Plan also includes targeted digital notice methods tailored to cryptocurrency users. Because Simpluris has significant experience administering cryptocurrency-related notice programs, these supplemental digital notice methods include crypto-specific options, such as minting and airdropping notice NFTs directly to the crypto wallets of known Settlement Class Members, as further described below.

## DIRECT NOTICE – EMAIL

7. Simpluris will disseminate Email Notice to all Settlement Class Members for whom Plaintiffs' Counsel have obtained an email address. Based on information provided by Counsel, email contact information is available for a substantial portion of the Settlement Class making it an efficient and reliable method of individual notice, particularly in cases involving cryptocurrency users, who typically transact and communicate online.

8. The Email Notice will direct Settlement Class Members to the Settlement Website, where they can obtain detailed information regarding the Settlement, important dates, their rights and options, and how to submit a claim, object, or request exclusion.

9. For Class Members whose estimated recognized claim is under $10,000.00, the email will inform them that they need take no additional action to be paid, but have the option to update their contact information and select a specific form of payment online.

10. For Class Members whose estimated recognized claim is $10,000.00 or more, the email will inform them that they must log into the Settlement Website and provide additional information to verify their claim.

11. Based on Simpluris' experience, utilizing more robust claim validation and identity verification procedures for estimated recognized claims of $10,000 or more is reasonable under the circumstances to protect the integrity of the claims process in an efficient and cost-effective manner.

**DIGITAL NOTICE**

12. In addition to direct email notice, Simpluris will implement a digital notice program utilizing paid online advertising on widely used digital platforms. This digital notice program includes paid social media advertising and search advertising directed to users based on targeting criteria related to cryptocurrency activity and the GYEN token.

a. **Meta Platforms.** On Meta platforms, including Facebook and Instagram, Simpluris will disseminate digital notice advertisements to users through the use of lookalike audiences. These lookalike audiences are created based on demographic and interest attributes of known Settlement Class Members and are designed to identify users with similar characteristics.

b. **X (formerly Twitter).** Digital notice advertisements will be served to users who follow the @GMOTrust account and users who engage with cryptocurrency-related keywords and topics relevant to this Action, including $GYEN, stablecoins, and USD/JPY trading pairs. In addition, Simpluris will create

lookalike audiences on X based on these users to further distribute digital notice advertisements to users with similar demographic and interest profiles.

c. **Press Release.** A press release will be distributed over PR Newswire's Global Crypto Basic newsline, which is a web-only distribution to cryptocurrency/blockchain outlets across U.S., Canada, Europe, India, Latin America, Africa & Asia. The press release will be issued broadly to media outlets, including newspapers, magazines, wire services, television, radio, and online media nationally.

13. All digital notice advertisements will direct users to the Settlement Website, where Settlement Class Members may obtain additional information regarding the Settlement, including the Long Form Notice, important dates, and instructions regarding their rights and options.

## CRYPTO-SPECIFIC DIGITAL NOTICE

14. As part of the digital notice program, Simpluris will also implement cryptocurrency-specific notice methods utilizing blockchain technology. These methods include delivering notice directly to blockchain wallet addresses associated with known Settlement Class Members.

15. Specifically, Simpluris may mint and airdrop[1] non-transferable notice NFTs[2] to identified wallet addresses. These NFTs will contain embedded information regarding the Settlement and links to the Settlement Website. Delivery of NFTs will be recorded on the blockchain, creating a time-stamped record of delivery to each wallet address.

[1] **Airdrop** – An airdrop is the process of delivering digital assets, such as tokens or NFTs, directly to users' blockchain wallets without requiring any action from the recipient. In a legal notice context, airdrops allow settlement notices to be sent straight to wallet addresses associated with eligible class members, making it possible to reach individuals even when no email or mailing address is available.

[2] **NFT (Non-Fungible Token)** – An NFT is a type of blockchain-based token that represents a unique digital asset. Unlike cryptocurrencies, which are interchangeable, each NFT has distinct properties and cannot be replaced with another NFT. NFTs are commonly used for digital art, collectibles, music, and even legal documents.

## SETTLEMENT WEBSITE AND TOLL-FREE NUMBER

16. **Settlement Website.** Simpluris will create and maintain a website dedicated to this Settlement. All digital banners will link directly to the Settlement Website. The Settlement Website will host important documents and case-related information, including the settlement agreement, the settlement notices, the operative complaint, the motion for preliminary approval, and all court orders related to the settlement; highlight relevant dates; list answers to frequently asked questions; and provide instructions for how class members may object to or opt-out (request exclusion) from the Settlement.

17. **Dedicated Toll-Free Hotline.** A dedicated toll-free informational hotline will be available 24 hours per day, seven days per week. The hotline will utilize an interactive voice response ("IVR") system where class members can obtain essential information regarding the Settlement and be provided responses to frequently asked questions. Class members will also have the option to leave a voicemail and receive a call back from the Claims Administrator. Call backs typically occur within one business day, although this may be longer for certain foreign languages.

## CLAIMS ADMINISTRATION

18. Settlement Class Members for whom the Claims Administrator has GYEN transaction data, an estimated recognized claim amount will be included in their email notice. These individuals will have the option to provide additional GYEN transaction information, but, for claims under $10,000, will not be required to.

19. For Settlement Class Members who are self-identifying (those for whom the Claims Administrator does not have GYEN transaction data), the primary method to submit a claim will be through an online Claim Form. The online Claim Form will be accessible through the Settlement Website and designed to be viewed and completed on desktop computers, tablets, and mobile devices.

20. To maximally limit fraud, we maintain robust, in-depth fraud prevention, data security, and cybersecurity practices, controls, and procedures. Our systems are constantly updated to meet and exceed industry best practices.

21. Settlement Class Members who prefer not to submit a claim online will have the option to obtain a paper Claim Form. A printable version of the Claim Form will be available for download from the Settlement Website.

22. Simpluris has been, and will continue to, coordinate with counsel for the Plaintiffs to implement processes and procedures for validating Settlement Class Member claims.

23. Simpluris will promptly notify counsel for the Parties of any requests for exclusion from the Settlement received during the claims administration process.

**AWARD DISBURSEMENT**

24. Simpluris will calculate individual award amounts based on the Settlement Agreement and the court-approved plan of allocation, and disburse award payments accordingly by the method selected by the Settlement Class Member, or a default method should the Settlement Class Member not select one.

25. When appropriate, tax documents will be sent to Settlement Class Members.

26. Any mailed award payment checks that are returned as undeliverable will be skip traced and remailed.

27. Once Attorneys' Fees and Expenses, Service Award, costs of notice and administration, and individual award payments have been paid and the final check negotiation deadline has passed, any residual funds remaining in the QSF will be disposed of in accordance with the Settlement Agreement or further order of the Court.

**CONCLUSION**

28. The Notice Plan described in this declaration is designed to provide the best notice practicable under the circumstances. Based on information provided by Plaintiffs' Counsel, email addresses are available for a substantial portion of the Settlement Class, and those Settlement Class Members will receive direct email notice. In addition, notice NFTs will be delivered to all affected crypto wallet addresses associated with Settlement Class Members and supplemented by the digital notice program described above.

29. The method of email notice to available email addresses combined with focused notice dissemination is a measured and targeted approach to provide effective notice in this case. The FJC's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class." Courts commonly use the Guide's 70% "high reach" threshold to determine adequacy of notice. The Notice Plan described in this declaration is estimated to reach a high percentage of Settlement Class Members.

30. In my opinion, the notice plan outlined above is highly targeted and reflects a modern approach to notification for this class and is consistent with best practicable notice matters in similar court-approved notice programs as required by Federal Rule Civil Procedure 23, due process and all other applicable laws, regulations, and best practices.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 30th day of December, 2025, in Vero Beach, Florida.

Julie Meichsner

Julie Meichsner