CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2951
slevander@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

January 5, 2026

VIA ECF

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Donovan v. GMO-Z.com Trust Company, Inc.*, No. 23-cv-08431-SDA (S.D.N.Y.)

Dear Judge Aaron:

Defendant GMO-Z.com Trust Company, Inc. ("GMO Trust") writes in response to the Court's minute order dated December 31, 2025 (ECF No. 163) regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Motion") (ECF No. 159). Defendant does not oppose the Motion and will not file a response. Defendant is available to respond to any questions from the Court.

Respectfully submitted,

*/s/ Samuel Levander*

Samuel Levander
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2951

*Counsel to GMO-Z.com Trust Company, Inc.*

Cc: All counsel (via ECF)