**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GMO-Z.COM TRUST COMPANY, INC., <br><br> Defendant. | Case No. 1:23-cv-08431-SDA <br><br> Honorable Stewart D. Aaron |

**STIPULATION AND ADDENDUM TO**
**PROTECTIVE ORDER (DKT No. 140)**

The Parties to this case—Plaintiffs Kenneth Donovan, Hussien Kassfy, and John Brambl (collectively "Plaintiffs"); and Defendant GMO-Z.com Trust Company, Inc. ("Defendant")— stipulate to and respectfully ask the Court to enter the proposed Addendum to the Stipulated Protective Order of June 30, 2025 (Dkt. No. 140), set forth below:

1)  This Addendum is incorporated by reference into the Stipulated Protective Order of June 30, 2025 (Dkt. No. 140) (the "Protective Order") pursuant to paragraph L of the Order to ensure the protection of confidential materials and information produced by non-party Coinbase, Inc. ("Coinbase") to the claims administrator, Simpluris, Inc. ("Simpluris") for the purposes of administration of claims in the Class Action Settlement ("Settlement") preliminarily approved by the Court on January 6, 2026 (Dkt. No. 165) ("Preliminary Approval Order").

2)   The provisions of the Protective Order expressly apply to any materials and information that Coinbase produces to Simpluris under Section 7(b) of the Preliminary Approval Order as if such material and information were produced by Coinbase to a Party to the litigation under the Protective Order, subject to the additional terms of this Addendum. Any materials and information that Coinbase so produces designated "Confidential" ("Coinbase Confidential Information") will be deemed designated "Confidential" under the Protective Order, and shall be given all the protections provided to such material under the Protective Order and the additional protections set forth in paragraphs 3 and 4 below.

3)   Coinbase Confidential Information may be used by Simpluris for the limited purpose of administrating the Settlement, including identifying Settlement class members, calculating Settlement class member payments, and providing notice and payment to Settlement class members. Coinbase Confidential Information may be used only for the limited purpose of administrating the Settlement and shall not be used for any other purpose by Simpluris or any other entity.

4)   Any Coinbase Confidential Information shall be produced by Coinbase directly to Simpluris and shall not be shared with or disclosed to counsel for any Party without the express written consent of Coinbase. Simpluris may share Coinbase Confidential Information with Plaintiffs' damages expert as necessary for the limited purpose of administrating the Settlement. Both Simpluris and Plaintiffs' damages expert each shall be deemed a "Receiving Party" under the Protective Order with respect to any Coinbase Confidential Information they respectively receive. Plaintiffs' counsel will provide a copy of the Protective Order and this Addendum to both Simpluris and Plaintiffs' damages expert, and Simpluris and Plaintiffs' damages expert will execute a copy of Exhibit A to the Order ("Agreement to Be Bound by the Order) that shall apply

to the materials and information produced by Coinbase and described herein and a copy of that signed Exhibit shall be provided to counsel for Coinbase upon execution in advance of their receiving any Coinbase Confidential Information.

Dated:    January 8, 2026

/s/ Kevin M. Osborne

Kevin M. Osborne
ERICKSON KRAMER OSBORNE LLP
959 Natoma Street
San Francisco, CA 94103
(415) 635-0631

*Counsel for Plaintiffs*

Dated:    January 8, 2026

/s/ Samuel Levander

Samuel Levander
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York NY 10006
(212) 225-2951

*Counsel for GMO-Z.com Trust Company, Inc.*

**SO ORDERED**

Dated:  January 9, 2026

Hon. Stewart D. Aaron
United States Magistrate Judge

3