UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH DONOVAN, HUSSIEN KASSFY, and JOHN BRAMBL individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GMO-Z.COM TRUST COMPANY, INC.,<br><br>Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No. 1:23-cv-08431-SDA<br><br>Honorable Stewart D. Aaron |

**STIPULATION OF VOLUNTARY DISMISSAL AS TO CLAIMS BROUGHT BY PLAINTIFF JOHN BRAMBL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Brambl and Defendant GMO-Z.com Trust Company, Inc., by their undersigned counsel, hereby stipulate and agree that all of the claims brought by Plaintiff John Brambl against Defendant GMO-Z.com Trust Company, Inc. in the above-captioned litigation be voluntarily dismissed with prejudice, with each side to bear its own costs.  The parties hereby stipulate and agree that the claims brought by Plaintiffs other than John Brambl remain and that this Stipulation does not in any way impact or affect the claims of any other Plaintiff or class member.

Dated: February 17, 2026

| | |
|---|---|
| */s/ Elizabeth A. Kramer* | */s/ Nowell D. Bamberger* |
| **ERICKSON KRAMER OSBORNE LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| Elizabeth A. Kramer (*pro hac vice*) | Nowell D. Bamberger |
| Julie C. Erickson | 2112 Pennsylvania Avenue, N.W. |
| Kevin M. Osborn (*pro hac vice*) | Washington, D.C. 20037 |
| 959 Natoma Street | |
| San Francisco, CA 94103 | Samuel Levander |
| | One Liberty Plaza |
| */s/ Daniel E. Barenbaum* | New York, New York 10006 |
| **BERMAN TABACCO** | |
| Daniel E. Barenbaum | *Counsel to GMO-Z.com Trust Company, Inc.* |
| 425 California Street, Suite 2300 | |
| San Francisco, CA 94104 | |
| | |
| Steven J. Buttacavoli | |
| One Liberty Square | |
| Boston, MA 02109 | |
| | |
| *Counsel for John Brambl* | |

SO ORDERED.
Dated: February 18, 2026   [signature]