**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH DONOVAN and HUSSIEN KASSFY, individually and on behalf of others similarly situated,<br>Plaintiffs,<br>v.<br>GMO-Z.COM TRUST COMPANY, INC.,<br>Defendant. | Case No. 1:23-cv-08431-SDA<br><br>Honorable Stewart D. Aaron |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 27, 2026, at 2:00 p.m., before the Honorable Stewart D. Aaron, United States Magistrate Judge of the Southern District of New York, located at Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 11C, New York, NY 10007, Plaintiffs Kenneth Donovan and Hussien Kassfy ("Plaintiffs"), will and do hereby move this Court for an order: (1) granting final approval of the proposed Settlement entered into by Plaintiffs and Defendants GMO-Z.com Trust Company, Inc., (collectively, the "Parties"); (2) granting final approval of the plan of allocation; (3) certifying the Settlement Class for settlement purposes only; and (4) entering judgment.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(e) on the grounds that the proposed Settlement is fair, reasonable, and adequate when viewed against the continued risks of litigation; the notice and notice program ensured the best practicable notice and compliance with due process; the plan of allocation treats Settlement Class Members equitably; and the Settlement Class meets all criteria for certification for settlement purposes.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Settlement Agreement and all exhibits thereto, the Joint Declaration of Class Counsel In Support of Plaintiffs' Motion for Final Approval Of Class Action Settlement and Motion for Attorney's Fees, Litigation Expenses, and Service Awards and the exhibits thereto, the Declaration of Julie Meichsner of Simpluris, Inc. in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, the Declaration of Kenneth Donovan, the Declaration of Hussien Kassfy, the Declaration of John Brambl, all other pleadings and papers on file, and such other arguments and materials as may be presented before the Motion is taken under submission.

Dated: April 16, 2026

Respectfully Submitted,

ERICKSON KRAMER OSBORNE LLP

By: */s/ Elizabeth A. Kramer*
Elizabeth A. Kramer

Julie C. Erickson (*pro hac vice*)
Elizabeth A. Kramer (*pro hac vice*)
Kevin M. Osborne (*pro hac vice*)
959 Natoma St.
San Francisco, CA 94103
Telephone: (415) 635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

Daniel E. Barenbaum (*pro hac vice*)
BERMAN TABACCO
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
dbarenbaum@bermantabacco.com

Steven J. Buttacavoli (*pro hac vice*)
Christina L. G. Fitzgerald (*pro hac vice*)
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
sbuttacavoli@bermantabacco.com
cfitzgerald@bermantabacco.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April 2026, the foregoing **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** was filed and served using the CM/ECF system, which will serve as notification of such filings on all counsel of record.

*/s/ Elizabeth A. Kramer*

Elizabeth A. Kramer
ERICKSON KRAMER OSBORNE LLP
959 Natoma St.
San Francisco, CA 94103
Phone: 415-635-0631
Fax: 415-599-8088
elizabeth@eko.law