**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH DONOVAN and HUSSIEN KASSFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br>GMO-Z.COM TRUST COMPANY, INC.<br><br>Defendant. | Case No. 1:23-cv-08431-AT<br><br>Honorable Stewart D. Aaron |

**DECLARATION OF JULIE MEICHSNER OF SIMPLURIS, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Julie Meichsner, hereby declare:

1. I am Vice President for Legal Notice at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I certify that the statements set forth in this declaration are true and correct. The information stated herein is either known to me personally or has been provided to me by Simpluris staff, and I believe such information to be accurate and true.

2. Simpluris was approved by Counsel for both Parties and appointed by the Court in Order Preliminarily Approving Settlement and Providing for Class Notice ("Preliminary Approval Order") (ECF No. 172) entered on January 6, 2026, to provide settlement administration services in this proposed class action settlement ("Settlement"). In this capacity, Simpluris was charged with the following:

a. Establishing and maintaining a settlement-specific website (www.GYENSettlement.com);

b. Establishing and maintaining a settlement-specific toll-free phone number (833-647-9041), offering the opportunity to listen to responses to frequently asked questions;

c. Emailing a direct Notice to known Settlement Class members;

d. Coordinating, securing, and effecting digital media notice and crypto-specific NFT Notices;

e. Receiving and processing Settlement Class Members' requests for exclusion from the Settlement and objections to the Settlement;

f. Receiving, processing, and validating Settlement Class Members's Claim Forms, whether submitted online, via email, or by mail;

g. Processing and issuing payments via check or electronic payment to eligible Settlement Class Members, and sending payments to the Settlement Class Representative(s) and Settlement Class Counsel;

h. Providing counsel with weekly status reports; and

i. Other tasks as the Parties may mutually agree or as ordered by the Court.

**CAFA NOTIFICATION**

3. On January 16, 2026, pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C.A § 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement. Attached hereto as **Exhibit A** is a true and correct copy of the letter sent to the Attorneys General and the list of recipients.

**DIRECT NOTICE – EMAIL**

4. Pursuant to the Preliminary Approval Order, Simpluris formatted the Court-approved form of Notice to be sent by email to all Settlement Class Members for whom email addresses were obtained. The Court-approved Long Form Notice and Claim Form were formatted to be made available on the Settlement website. Attached hereto as **Exhibit B**, **Exhibit C**, and

**Exhibit D** are true and correct copies of the Email Notices, Long Form Notice, and Claim Form, respectively.

5. The Notices advised Settlement Class Members of their right to attempt to qualify for a payment, request exclusion from the Settlement, object to the Settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

6. On January 12, 2026, counsel for third-party Coinbase, Inc. ("Coinbase") provided Simpluris with a data file containing transactions involving GYEN along with the names, account numbers, and email addresses for approximately 55,000 individuals and entities who transacted with GYEN on Coinbase during the relevant period (December 29, 2020 to October 10, 2025, inclusive).

7. Upon receipt of the data, Simpluris applied the criteria outlined in the Plan of Allocation to calculate a preliminary Recognized Loss amount for each unique account. This process resulted in identifying 33,836 accounts with a Recognized Loss amount of greater than zero. Simpluris then "scrubbed" the data to ensure it was in proper format for distributing the Notice via email, including validating email addresses. This process resulted in identifying 32,949 valid email addresses among the 33,836 records with a preliminary Recognized Loss amount of greater than zero.

8. On February 5, 2026, Simpluris emailed the Court-approved Email Notice to the 32,949 valid email addresses. Of the 32,949 emails sent, 32,502 (98%) were successfully delivered, while 447 (1.3%) were bounced and undeliverable. Put differently, the Email Notice was successfully delivered to 96% of the total 33,836 accounts identified in the Coinbase dataset that met the criteria for Settlement Class membership. The Email Notice directed Settlement Class Members to the Settlement Website and provided information regarding important dates, their rights and options, and how to submit a claim, request exclusion, or object. *See* Exhibit B.

9. On March 31, 2026, Simpluris sent a Reminder email to 424 Settlement Class Members with a Recognized Loss of equal to or greater than $10,000 who, at that time, had not yet verified their transactions. A supplemental Reminder email was also sent on April 14, 2026. In advance of the June 5, 2026 Claims deadline, Simpluris will send two more Reminder emails on May 5, 2026 and May 20, 2026 to those Settlement Class Members who have not yet verified their transactions.

**DIGITAL NOTICE**

10. To supplement the Notice plan, Simpluris designed a digital media program utilizing online advertising on widely used digital platforms, including paid social media advertising and search advertising directed to users based on targeting criteria related to cryptocurrency activity and the GYEN token.

a. **Meta Platforms.** On Meta platforms, including Facebook and Instagram, Simpluris disseminated digital notice advertisements to users through the use of lookalike audiences. Lookalike audiences are created based on demographic and interest attributes of known Settlement Class Members[1], and are designed to identify users with similar characteristics.

b. **X (formerly Twitter).** Simpluris disseminated digital notice advertisements to X (formerly Twitter) users based on follower targeting and keyword targeting, including users who follow @GMOTrust or who have demonstrated interest in keywords such as "$GYEN," "Stablecoin," and "USDJPY." Simpluris also utilized lookalike audiences derived from the demographic and interest attributes of known Settlement Class Members to reach users with similar characteristics.

c. **Google Search.** Simpluris implemented a search advertising campaign through Google designed to reach individuals actively searching for information related to

[1] To ensure user and class member privacy, all data related to lookalike audiences is hashed, or one-way encrypted, before use. This process is carried out automatically using AI, without human involvement or access.

the Settlement, cryptocurrency activity, or the GYEN token. These advertisements were triggered by relevant search queries and directed users to the Settlement Website, ensuring that potential Settlement Class Members seeking information through search engines were able to efficiently locate and access the official Settlement resources.

d. **Press Release.** Simpluris disseminated a press release via PR Newswire's Global Crypto Basic Newsline, a web-only distribution channel targeting cryptocurrency and blockchain-focused media outlets across the United States, Canada, Europe, India, Latin America, Africa, and Asia. The press release was issued on February 9, 2026 at 9:17 AM ET and was distributed broadly to media outlets, including newspapers, magazines, wire services, television, radio, and online media. This distribution provided additional exposure to potential Settlement Class Members through both specialized cryptocurrency publications and general media channels.

11. Through the course of the digital media program, Simpluris team members monitored and optimized the program (including which media vehicles to use based on click rates and other metrics) to maximize efficiency and reach. The monitoring and adjustment of the digital media program for optimization allowed for the initially anticipated delivery of 1.68 million impressions to be far exceeded at no additional cost; a total of 3.84 million impressions were delivered. True and correct copies of exemplars of the digital ads are attached as **Exhibit E**.

**CRYPTO-WALLET SPECIFIC DIGITAL NOTICE**

12. As part of the digital notice program, Simpluris also implemented cryptocurrency-specific notice methods utilizing blockchain technology. Specifically, this involved delivering

notice to blockchain wallet addresses[2] by minting[3] and airdropping[4] non-transferable NFTs[5] to identified wallet addresses.

13. Simpluris was tasked with identifying potential Settlement Class Member wallet addresses through analysis of publicly available blockchain transaction data associated with the GYEN token. To accomplish this, a blockchain analysis was conducted to identify wallet addresses that engaged in GYEN transactions during the class period. The wallet addresses identified by Simpluris likely overlap to some extent with the individuals and entities captured by the Coinbase data set.

14. The NFT notice distribution in this case was executed using an Ethereum Virtual Machine ("EVM") compatible infrastructure, which enables the minting and delivery of NFTs to wallet addresses on Ethereum and Ethereum-compatible networks. The blockchain analysis process resulted in the identification of 33,634 Ethereum-compatible wallet addresses (Ethereum ETH and Arbitrum ARB), and 889 wallet addresses associated with non-EVM-compatible networks (Stellar XLM and Solana SOL).

15. Because the Stellar (XLM) and Solana (SOL) networks are not EVM-compatible, they do not support the same NFT standard used in this Notice program and were not included in the NFT distribution.

16. NFT notice was completed on February 15, 2026. A total of 33,634 NFTs were successfully minted and delivered to the identified wallet addresses. The NFT collection

[2] A "**wallet address**" is a unique public alphanumeric identifier on a blockchain that corresponds to a digital wallet and is used to send, receive, and record digital asset transactions.

[3] **Minting** – *Minting* refers to the process of creating a unique digital token on a blockchain and recording it on the blockchain ledger.

[4] **Airdrop** – An *airdrop* is the process of delivering digital assets, such as tokens or NFTs, directly to users' blockchain wallets without requiring any action from the recipient. In a legal notice context, airdrops allow settlement notices to be sent straight to wallet addresses associated with potential class members, making it possible to reach individuals even when no email or mailing address is available.

[5] **NFT (Non-Fungible Token)** – An *NFT* is a type of blockchain-based token that represents a unique digital asset. Unlike cryptocurrencies, which are interchangeable, each NFT has distinct properties and cannot be replaced with another NFT. NFTs are commonly used for digital art, collectibles, music, and even legal documents.

associated with this Notice program is publicly available and may be viewed at: https://opensea.io/collection/gyen-class-action-notice.

**SETTLEMENT WEBSITE**

17. On February 5, 2026, Simpluris prepared and launched, and continues to maintain, a Settlement Website, www.GYENSettlement.com. The Settlement Website includes important dates and deadlines, and Settlement-related documents, such as the Stipulation and Agreement of Settlement, Long Form Notice, Claim Form, and Preliminary Approval Order. The website's online portal has been active since launch and will be active throughout the claim filing period. As of the date of this declaration, there have been 12,315 page views and 6,281 unique visitors to the website.

**TOLL-FREE NUMBER**

18. A dedicated toll-free informational hotline (833-647-9041) was launched on February 5, 2026. This number is included in the Email Notice and Settlement Website, available 24 hours per day, seven days per week, and will remain in operation throughout the Settlement process. As of the date of this declaration, Simpluris has received zero (0) voicemails through the toll-free hotline.

**EMAIL INBOX**

19. A dedicated email inbox (info@GYENSettlement.com) was launched on February 5, 2026. This email address is included in the Email Notice and Settlement Website and will remain in operation throughout the settlement process. As of the date of this declaration, there have been 65 emails received to the inbox, and all emails requesting further information or assistance have been replied to.

**REQUESTS FOR EXCLUSION AND OBJECTION**

20. The postmark deadline for Settlement Class Members to submit a request for exclusion ("Opt Out") from the Settlement or object to the Settlement is April 30, 2026.

21. As of the date of this declaration, Simpluris has received zero (0) requests for exclusion from the Settlement from Settlement Class Members.

22. Although objections to the Settlement are to be filed with the Court and served on counsel, sometimes class members will incorrectly direct their objections to the Claims Administrator. As of the date of this declaration, Simpluris is not aware of the filing of any objections with the Court and has received zero (0) objections to the Settlement from Settlement Class Members.

## CLAIM FORMS RECEIVED AND PROCESSED

23. The Settlement Website hosts an online portal through which individuals can verify Recognized Loss amounts of $10,000 or more, submit documentation supporting a loss amount different than the Recognized Loss calculated by Simpluris, and provide other relevant information such as updated contact information and preferred method of payment. The deadline to submit online or postmark a mailed Claim Form is June 5, 2026. Simpluris will report on Claims from potential Settlement Class Members in advance of the Final Approval Hearing.

24. Of the 33,836 known Settlement Class Members, 33,386 (98.7%) have a Recognized Loss amount under $10,000. These individuals need not do anything to be eligible for a payment from the Settlement, but they may submit documentation through the online portal supporting losses greater than the Recognized Loss amount stated on their Email Notice.

25. Of the 33,836 known Settlement Class Members, 450 (or 1.3%) have a Recognized Loss amount equal to or greater than $10,000 and therefore must verify their transactions in order to be eligible to receive a payment from the Settlement. As of the date of this declaration, Simpluris has received twenty-three (23) submissions from this group, representing a claims rate of over 5%. Based on our experience administering similar class action settlements, Simpluris anticipates receiving additional claims submissions on or near the June 5, 2026 claim deadline in this case.

26. All Settlement Class Members may also use the online portal to update their contact information and select their desired form of payment.

27. Finally, as of the date of this declaration, Simpluris has received 20 submissions from individuals who self-identified as being a Settlement Class Member. Simpluris is currently processing these submissions to determine their validity and will report on the results of this in advance of the Final Approval Hearing.

28. Individuals whose initial submissions are determined to be potentially ineligible or incomplete will be sent a notification informing them of the issues with their submission, how to potentially cure the issues, and a deadline to respond to the deficiency notification.

**CONCLUSION**

29. Simpluris implemented a multi-channel notice program designed to reach Settlement Class Members through both direct and supplemental methods. Simpluris provided direct email notice to over 96% of known Settlement Class Members. In addition, NFT notice was successfully delivered to 33,634 cryptocurrency wallet addresses associated with GYEN transactions (97% of valid wallet addresses). These efforts were further supplemented by a targeted digital notice program that resulted in 3.84 million impressions.

30. Taken together, these coordinated efforts reflect a comprehensive and technologically advanced notice program that was specifically tailored to the characteristics of the Settlement Class. The use of direct email notice, blockchain-based NFT delivery with verifiable on-chain records, and targeted digital media represents a significant advancement over traditional notice methods and ensures that notice was effectively delivered through the channels most relevant to Class Members.

31. The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* states that "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class." Although not binding, the Guide is accepted as persuasive authority by

both federal and state courts. Courts commonly use the Guide's 70% "high reach" threshold to determine adequacy of notice. The Notice Plan described in this declaration directly reached significantly more than 70% of known Settlement Class Members, and, in my opinion, exceeds commonly accepted benchmarks in similar court-approved notice programs and satisfies the requirements of Federal Rule of Civil Procedure 23, due process, and all other applicable laws, regulations, and best practices.

32. I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 16th day of April, 2026, in Vero Beach, Florida.

Julie Meichsner

Julie Meichsner