**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH DONOVAN and HUSSIEN KASSFY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>GMO-Z.COM TRUST COMPANY, INC.<br><br>Defendant. | Case No. 1:23-cv-08431-SDA<br><br>Honorable Stewart D. Aaron |

**SUPPLEMENTAL DECLARATION OF JULIE MEICHSNER OF SIMPLURIS, INC.**

I, Julie Meichsner, hereby declare:

1. I am Vice President for Legal Notice at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I certify that the statements set forth in this declaration are true and correct. The information stated herein is either known to me personally or has been provided to me by Simpluris staff, and I believe such information to be accurate and true.

2. Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Preliminarily Approving Settlement and Providing for Class Notice ("Preliminary Approval Order") (ECF 172) entered on January 6, 2026, to provide settlement administration services in this proposed class action settlement ("Settlement"). The purpose of this declaration is to supplement the information provided in the Declaration of Julie Meichsner of Simpluris, Inc. in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement executed on April 16, 2026 (ECF 177). I understand this declaration will be submitted in connection with Plaintiffs' Reply in support of Final Approval of Class Action Settlement, which is being filed on May 20, 2026.

**DIRECT NOTICE – REMINDER EMAILS**

3. As noted in my initial declaration, Simpluris sent reminder emails on March 31 and April 14, 2026 to Settlement Class Members with a Recognized Loss of equal to or greater than $10,000--the group required to verify their transactions. Additionally, on May 5, Simpluris sent a supplemental reminder email to 403 Settlement Class Members with a Recognized Loss of equal to or greater than $10,000 who, at that time, had not yet verified their transactions. In advance of the June 5, 2026 claims deadline, Simpluris will send a Final Reminder email on May 20, 2026 to the remaining members of that same group who still had not yet verified their transactions. The final reminder email advises that, pursuant to the terms of the Settlement, Settlement Class Members with a Recognized Loss of equal to or greater than $10,000 must verify their transactions by June 5, 2026 to be eligible to receive a payment.

**SETTLEMENT WEBSITE**

4. Simpluris continues to maintain the Settlement Website, www.GYENSettlement.com, and the website's online portal has remained active since launch and will be active throughout the claim filing period. As of the date of this declaration, there have been 14,097 page views and 6,569 unique visitors to the website.

5. The Settlement Website posted, shortly after their filing, Plaintiffs' Motion for Final Approval (ECF 176) and Motion for Attorney's Fees, Litigation Expenses, and Service Awards (ECF 179), along with the papers in support.

6. The Settlement Website also clearly displays the date, time, and location of the Final Approval Hearing.

7. The website is accessible 24 hours a day, 7 days a week. Simpluris will update the website as necessary through the administration of the Settlement.

**TOLL-FREE NUMBER**

8. Simpluris continues to maintain the dedicated toll-free informational hotline (833-647-9041).

## EMAIL INBOX

9. Simpluris continues to maintain the dedicated email inbox (info@GYENSettlement.com). As of the date of this declaration, there have been 102 emails received to the inbox, and all emails requesting further information or assistance have been replied to.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

10. The deadline for Settlement Class Members to submit a request for exclusion ("opt out") from the Settlement or object to the Settlement was April 30, 2026.

11. As of the date of this declaration, Simpluris has received zero (0) requests for exclusion from the Settlement from Settlement Class Members

12. As of the date of this declaration, Simpluris is not aware of the filing of any objections with the Court and has received zero (0) objections to the Settlement from Settlement Class Members.

## CLAIM FORMS RECEIVED AND PROCESSED

13. Simpluris continues to maintain the Settlement Website which hosts an online portal through which individuals can verify Recognized Loss amounts of $10,000 or more, submit documentation supporting a loss amount different than the Recognized Loss calculated by Simpluris, and provide other relevant information such as updated contact information and preferred method of payment. The deadline to submit information online or mail a Claim Form is June 5, 2026.

14. Of the 33,836 known Settlement Class Members, 450 (or 1.3%) have a Recognized Loss amount equal to or greater than $10,000 and therefore must verify their transactions in order to be eligible to receive a payment from the Settlement.[1] As of the date of this declaration,

[1] As described in Plaintiffs' Motion for Final Approval (ECF 176), the vast majority of known Settlement Class Members (over 98%)—those who transacted on Coinbase with a Recognized Loss Amount of less than $10,000—were not required to submit a claim form or other information to be eligible to receive a payment; Simpluris will calculate their *pro rata* share of the Settlement Fund based on their Recognized Loss Amount once the claims administration process for all claimants is complete.

Simpluris has received forty-nine (49) submissions from this group, representing a claims rate of over 11%. Based on our experience administering similar class action settlements, Simpluris anticipates receiving additional claims submissions on or near the June 5, 2026 claim filing deadline.

15. All Settlement Class Members may also use the online portal to update their contact information and select their desired form of payment.

16. Finally, as of the date of this declaration, Simpluris has received and is reviewing 27 submissions from individuals who self-identified as being a Settlement Class Member.

17. All claims remain subject to a comprehensive review under Simpluris's standard processing procedures. Any deficiencies and conditions of ineligibility will be addressed during the normal course of administration, including a process by which Simpluris will identify those issues and provide Settlement Class Members notice and an opportunity to cure a deficient claim submission.

18. I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 20th day of May, 2026, in Vero Beach, Florida.

Julie Meichsner

Julie Meichsner